UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| BETH A. BARBOSA, | ) |
|     *Plaintiff*, | ) |
| v. | ) Case No.: 4:09-cv-10 |
| | ) Judge Mattice |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
|     *Defendant*. | ) |

## ORDER

Before the Court is Plaintiff's Motion for Attorney Fees [Court Doc. 17], filed on September 24, 2009. Defendant filed a response on November 2, 2009 noting that he had no objection to the motion for attorney's fees. [Court Doc. 21] United States Magistrate Judge Susan K. Lee filed her report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b) on November 5, 2009 [Court Doc. 22]. On November 19, 2009, Defendant filed a response to the Report and Recommendation and reiterated his lack of objection. [Court Doc. 23]

After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. The Court thus **ACCEPTS and ADOPTS** Magistrate Judge Lee's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b).

Magistrate Judge Lee recommended that Plaintiff's Motion for Attorney Fees [Court Doc. 17] be granted and that Plaintiff be awarded attorney fees in the amount of $2,105.30. Accordingly, the Court **ORDERS** that Plaintiff's Motion for Attorney Fees [Court Doc. 17] is **GRANTED**. Plaintiff is entitled to attorney fees in the amount of $2,105.30.

**SO ORDERED** this 5th day of October, 2010.

                                                              */s/Harry S. Mattice, Jr.*
                                                              HARRY S. MATTICE, JR.
                                                              UNITED STATES DISTRICT JUDGE